### PACKARD et al. v. ABELL.

(Supreme Court, Appellate Term.   January 8, 1909.)

PLEDGES (§ 58*)—ACTIONS—TITLE TO SUSTAIN ACTION.

One who holds a note as collateral security for the debt of another may recover the amount due on the note as against the maker.

[Ed. Note.—For other cases, see Pledges, Cent. Dig. § 186; Dec. Dig. § 58.*]

Appeal from Municipal Court, Borough of Manhattan, Fifth District.

Action by Nathan J. Packard and another against George S. Abell. Judgment for defendant, and plaintiffs appeal.   Reversed.

Argued before GILDERSLEEVE, P. J., and BISCHOFF and GUY, JJ.

Samuel Packard, for appellants.

Henry Smith, for respondent.

BISCHOFF, J.   The fact that the plaintiffs held the note in suit as collateral security for the debt of another in no way affected their right to sue for and recover the amount due as against the maker. Field v. Sibley, 74 App. Div. 81, 77 N. Y. Supp. 252. The plaintiffs, as holders of the note, concededly due and unpaid, were entitled to recover upon the prima facie case presented, and the direction for nonsuit proceeded upon the mistaken application of rules which, while undoubtedly correct in a case involving the right of pledgor as against pledgee, have no bearing upon the present litigation.

Judgment reversed, and new trial ordered, with costs to appellants to abide the event.   All concur.